

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ROMERO FLORES,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden,<br>Otay Mesa Detention Center, et al.,<br><br>                                    Respondents. | Case No.:  25-cv-3576-RSH-DEB<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS** |

On December 12, 2025, petitioner Marvin Romero Flores filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argued that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). The Court thereafter issued a briefing schedule. ECF No. 2.

On January 6, 2026, Respondents filed a return acknowledging, in light of developments in a case in the U.S. District Court for the Central District of California, that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 1.

//

25-cv-3576-RSH-DEB

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Marvin Romero Flores before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order as described above. In light of this disposition, the Court declines at this time to order Petitioner's immediate release or to issue further injunctive relief. To the extent Petitioner seeks to recover fees or costs, he must do so in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. Any request for fees must be made by duly noticed motion. The Court **VACATES** the hearing date set for January 15, 2026.

   **IT IS SO ORDERED.**

Dated: January 6, 2026

Robert S Huie

_____
Hon. Robert S. Huie
United States District Judge